|   |   |   |
|---|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney | FILED |
| 2 | STANLEY A. BOONE<br>SEHILA K. OBERTO | SEP 11 2007 |
| 3 | Assistant U.S. Attorneys<br>4401 Federal Building | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4 | 2500 Tulare Street<br>Fresno, California 93721 | BY _____<br>DEPUTY CLERK |
| 5 | Telephone: (559) 497-4000 |   |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                      )   S.W. NO.
SEARCHES OF:                              )
1: 07 SW 00169 SMS                        )   **UNDER SEAL**
8200 Stockdale Highway # K4               )
Bakersfield, California 93311             )   ORDER SEALING SEARCH WARRANT
1: 07 SW 00167 SMS                        )   AFFIDAVITS
3700 Gosford Road Suite C                 )
Bakersfield, California 93309             )
1: 07 SW 00174 SMS                        )
12504 Crown Crest Drive                   )
Bakersfield, California 93311             )
1: 07 SW 00173 SMS                        )
10509 New Quay Court                      )
Bakersfield, California 93311             )
1: 07 SW 00172 SMS                        )
12716 Crown Crest Drive                   )
Bakersfield, California 93311             )
1: 07 SW 00179 SMS                        )
5208 Glacier Canyon Court                 )
Bakersfield, California 93313             )
1: 07 SW 00178 SMS                        )
12403 Crown Crest Drive                   )
Bakersfield, California 93311             )
1: 07 SW 00168 SMS                        )
11503 Walderi Street                      )
Bakersfield, California 93311             )
1: 07 SW 00171 SMS                        )
11719 Covent Gardens Drive                )
Bakersfield, California 93311             )
1: 07 SW 00170 SMS                        )
4500 California Avenue Suite              )
#209                                      )
Bakersfield, California 93309             )
1: 07 SW 00175 SMS                        )
12004 Bedfordshire Drive,                 )
Bakersfield, California 93311             )
1: 07 SW 00176 SMS                        )
11911 Crockett Court,                     )
Bakersfield, California                   )
1: 07 SW 00177 SMS                        )
10800 Stratton Court,                     )
Bakersfield, California                   )
                                          )
                                          )

1

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal and shall not be disclosed pending further order of this court.

DATED: 9/11/07

SANDRA M. SNYDER
U.S. Magistrate Judge

1